UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/2/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 05-00733-RMW |
| Plaintiff,   ) | |
| v.   ) | **ORDER OF THE COURT EXCLUDING TIME** |
| ERIC MICHAEL MARTIN,   ) | |
| Defendant.   ) | |

The above-captioned case came before the court on Tuesday, February 21, 2006 at 9:00 a.m. for status hearing. The defendant was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

Upon request of the government and the defendant, the court hereby sets this case for a further status hearing before the Honorable Ronald M. Whyte to take place on Monday, March 13, 2006 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from February 21, 2006 through and including March 13, 2006, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice

**ORDER EXCLUDING TIME  CR  05-00733-RMW**

served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the government to furnish additional discovery to the defense concerning a recent arrest of the defendant and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED:  3/2/06

                                                /S/ RONALD M. WHYTE
                                                RONALD M. WHYTE
                                                United States District Judge

Copies to be served on:

John N. Glang, AUSA
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA  95113

Jack D. Gordon, Esq.
95 S. Market Street, Suite # 300
San Jose, CA 95113

**ORDER EXCLUDING TIME  CR  05-00733-RMW**