1
2
3
4
5
6
7
8
9
10
11                                                                                    *E-FILED - 5/10/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 12  UNITED STATES OF AMERICA, | ) | CR No.: 05-00733 RMW |
| 13           Plaintiff, | ) ) | ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161 |
| 14      vs. | ) ) | |
| 15  ERIC MARTIN, | ) ) | |
| 16           Defendant. | ) ) | |
| 17  _____ | ) | |

18   The above-captioned case came before the court on Monday March 13, 2006 at 9:00 a.m.
19 and on Monday April 3, 2006 at 9:00 a.m. for status hearings. The defendant was personally
20 present and was represented by counsel. Counsel for the United States was present. Following
21 these hearings, the court rules as follows:
22       1.   Upon request of the government and the defendant, the court hereby sets this case
23 for a further status hearing before the Honorable Ronald M. Whyte to take place on Monday,
24 April 24, 2006 at 9:00 a.m.
25       2.   Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes
26 the period of time from March 13, 2006 through and including April 24, 2006, from the
27 computation of the period of time within which trial must commence. The court FINDS that the
28 ends of justice served by the delay outweigh the best interest of the public and the defendant in a

ORDER RE: EXCLUDABLE TIME

1

speedy trial.  The court bases this finding on the need of defense counsel to review discovery concerning additional related charges that may be brought against the defendant and to afford a reasonable time for defense counsel to conduct necessary investigation into those charges for effective preparation, within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED**.

DATED:  5/10/06

/S/ RONALD M. WHYTE
_____
RONALD M. WHYTE
United States District Judge

ORDER RE: EXCLUDABLE TIME

2