UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/25/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 05-00733 RMW |
| Plaintiff, | ) ) ) | ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161 |
| vs. | ) ) | |
| ERIC MARTIN, | ) ) | |
| Defendant. | ) ) | |

The above-captioned case came before the court on Monday May 22, 2006 at 9:00 a.m. for status hearing. The defendant was personally present and was represented by counsel . Counsel for the United States was present. At the previous calling of the case, new counsel was appointed to represent the defendant. Defendant requested a continuance of the matter so that new defense counsel could effectively prepare to defend the case, including reviewing a tape of the defendant's statements. Following the hearing, the court rules as follows:

    1.    Upon request of the government and the defendant, the court hereby sets this case for a further status hearing before the Honorable Ronald M. Whyte to take place on Monday, June 19, 2006 at 9:00 a.m.

    2.    Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from May 22, 2006 through and including June 19, 2006, from the

ORDER RE: EXCLUDABLE TIME

1

computation of the period of time within which trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of new defense counsel to review discovery concerning the charges that have been and may be brought against the defendant and to afford a reasonable time for defense counsel to conduct necessary investigation into those charges for effective preparation, within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED**.

DATED: 5/25/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

ORDER RE: EXCLUDABLE TIME

2