UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/24/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 05-00733 RMW |
| Plaintiff, ) | ORDER EXCLUDING |
| ) | TIME PURSUANT TO 18 U.S.C. § 3161 |
| vs. ) | |
| ERIC MARTIN, ) | |
| Defendant. ) | |

    The above-captioned case came before the court on Monday June 26, 2006 at 9:00 a.m. for status hearing. The defendant was personally present and was represented by counsel. Counsel for the United States was present. After hearing from the parties, the Court set motions and trial dates as set forth below. Following the hearing, the court rules as follows:

    1.    Upon request of the government and the defendant, the court hereby sets this case for trial before the Honorable Ronald M. Whyte on December 4, 2006 at 1:30 p.m. A pre-trial conference will be held on November 16, 2006 at 2:00 p.m. Any motions are due on July 14, 2006, with oppositions due on July 28, 2006. A motions hearing will be held on August 17, 2006 at 2:00 p.m. All hearings are before the Honorable Ronald M. Whyte.

    2.    Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from June 26, 2006 through and including December 4, 2006, from the

ORDER RE: EXCLUDABLE TIME

1

1 computation of the period of time within which trial must commence.  The court FINDS that the
2 ends of justice served by the delay outweigh the best interest of the public and the defendant in a
3 speedy trial.  The court bases this finding on the need of defense counsel to review discovery
4 concerning the charges that have been and may be brought against the defendant, conduct factual
5 and legal research to determine whether any motions are appropriate, and to afford a reasonable
6 time for defense counsel to conduct necessary investigation into those charges for effective
7 preparation, within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv).

9 **IT IS SO ORDERED**.

11 DATED:
    8/24/06                 /S/ RONALD M. WHYTE
12                                 RONALD M. WHYTE
                                United States District Judge