1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7151
7      Facsimile: (415) 437-7234

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                            SAN JOSE DIVISION
12                                                    *E-FILED - 8/24/06*

13 UNITED STATES OF AMERICA,      )   No.  CR 05-0733 RMW
                                  )
14      Plaintiff,                )   UNITED STATES' REQUEST FOR
                                  )   SETTLEMENT CONFERENCE AND
15      v.                        )   [] ORDER
                                  )
16 ERIC MICHAEL MARTIN,           )
                                  )
17      Defendant.                )
                                  )

18

19     Pursuant to Northern District of California Criminal Local Rule 11-1(a), the
20 United States respectfully requests that this matter be referred to another judge of this
21 Court for a settlement conference.  The United States has repeatedly attempted to contact
22 defense counsel regarding settlement in this matter and has received no response.  The
23 United States believes that a settlement conference is in the best interest of all the parties.

24 DATED: November 16, 2005              Respectfully submitted,
25
                                         KEVIN V. RYAN
26                                       United States Attorney
27
                                          /S/
28                                       KIRSTIN M. AULT
                                         Assistant United States Attorney

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | **ORDER**                                                                                |
| 2  | Based upon the motion of the government, IT IS HEREBY ORDERED that the                   |
| 3  | parties are referred to a District Judge or Magistrate Judge for a settlement conference to |
| 4  | be held at the convenience of the Judge's calendar.  Counsel shall contact the judge's   |
| 5  | chambers immediately after assignment to schedule a date and time for a settlement       |
| 6  | conference.   Case is referred to Judge Fogel or Magistrate Judge Seeborg for a settlement |
| 7  | conference.          (jg)                                                                |

DATED: __8/24/06_____          ____/s/ Ronald M. Whyte_____
                                    HON. RONALD M. WHYTE
                                    United States District Judge