1  LUPE MARTINEZ CSB No. 49620
   Attorney at Law
2  3564 Juergen Drive,
   San Jose, California
3  (408) 995-3296
   Cell: (925) 783-6401
4  FAX: (408) 531-9811
   email: martinez-luna@sbcglobal.net
5

6  Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00733-RMW |
| Plaintiff, | SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER |
| vs. | |
| ERIC MICHAEL MARTIN, | |
| Defendant. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT attorney at law Lupe Martinez hereby substitutes as attorney of record for attorney, in proceedings in the United States District Court in the above entitled case.

**Former Legal Representative**
Jamie L. Harmon
300 South First Street
Suite 220
San Jose, California 95113
Telephone: (408) 286-5000

**New Legal Representative**
Lupe Martinez, Esq.
3564 Juergen Drive
San Jose, California 95113
Telephone: (408) 995-3296 Cell: (925) 783-6401 FAX (408) 531-9811
email: martinez-luna@sbcglobal.net

I, Eric Michael Martin, defendant in the above-entitled action hereby consent to this substitution.

Dated: October 6, 2006

_____
ERIC MICHAEL MARTIN
Defendant

I, Jamie L. Harmon, consent to this substitution.

Dated: October 10, 2006

_____
Jamie L. Harmon
Attorney at Law

I, Lupe Martinez, consent to this substitution.

Dated: October 6, 2006

_____
LUPE MARTINEZ
Attorney at Law

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that attorney Lupe Martinez, Esq. is hereby substituted as counsel in place Jamie L. Harmon, Esq. as attorney for defendant in proceedings in the United States District Court in the above entitled case.

Dated: ~~October~~ NOV. 8, 2006

_____
HONORABLE RONALD M. WHYTE
United States District Judge