UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 05-00733 RMW |
| Plaintiff, | ) ) ) | [~~Proposed~~] ORDER EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161 |
| vs. | ) ) | |
| ERIC MARTIN, | ) ) | |
| Defendant. | ) ) | |

The above-captioned case came before the court on Thursday, November 16 at 2:00 p.m. for a pretrial conference. The defendant was personally present and was represented by counsel. Counsel for the United States was present. After hearing from the parties, the Court vacated the trial date set in this matter and continued the case for a status conference on December 14, 2006. Following the hearing, the court rules as follows:

    1.    Upon request of the government and the defendant, the court hereby sets this case for a status conference before the Honorable Ronald M. Whyte on December 14, 2006 at 2:00 p.m.

    2.    Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from November 16, 2006 through and including December 14, 2006, from the computation of the period of time within which trial must commence. The court FINDS that the

ORDER RE: EXCLUDABLE TIME

1

ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of defense counsel to afford a reasonable time for defense counsel to consult with defense counsel, conduct necessary investigation into the charges, and effectively prepare to defense this case at trial, within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED**.

DATED:   12/8/06                    /s/ Ronald M. Whyte
_____
                                    RONALD M. WHYTE
                                    United States District Judge

ORDER RE: EXCLUDABLE TIME
2