1  LUPE MARTINEZ CSB No. 49620
   Attorney at Law
2  3564 Juergen Drive,
   San Jose, California
3  (408) 995-3296
   Cell: (925) 783-6401
4  FAX: (408) 531-9811
   email: martinez-luna@sbcglobal.net
5

6  Counsel for Defendant

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                          *E-FILED - 8/20/07*

11  UNITED STATES OF AMERICA,    )   CR 05-00733-RMW
                                 )
12             Plaintiff,        )
                                 )   STIPULATION TO CONTINUE
13  vs.                          )   SENTENCING;
                                 )   [~~PROPOSED~~] ORDER
14  ERIC MICHAEL MARTIN,         )
                                 )
15             Defendant.        )
                                 )
16  _____

17         Defendant Eric Michael Martin and the government through their respective

18  attorneys, Lupe Martinez and Kirsen Ault, hereby stipulate that sentencing presently set

19  for July 9, 2007 be continued to August 13, 2007 to allow defendant to conduct

20  innvestigation and obtain the following information:

21         1.    All medical records concerning Mr. Martin's drug addiction.

22         2.    Gun purchase records and issuance of gun safety certificates.

23         The foregoing records are relevant to Mr. Martin's participation in the Bureau of

24  Prisons Intensive Drug Treatment Program and to support Mr. Martin's position that the

25  firearm in question in the instant offense was not related to the drugs he was to distribute

26  to another person.

Stipulation to Continue Sentencing; Order          1

1     Probation Officer Charly Mabie advised defense counsel Lupe Martinez on June 18, 2007, that the requested continuance is necessary and appropriate.

Dated: June 21 2007

_____
LUPE MARTINEZ
Attorney for Eric Michael Martin

Dated: June 25, 2007

_____
KIRSTEN AULT
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that sentencing in the above-entitled case is continued from July 9, 2007 to August 13, 2007.

Dated: ~~June~~ Aug. 20, 2007

_Ronald M. Whyte_
_____
HONORABLE RONALD M. WHYTE
United States District Judge

Stipulation to Continue Sentencing; Order      2