1  LUPE MARTINEZ CSB No. 49620
   Attorney at Law
2  3564 Juergen Drive,
   San Jose, California
3  (408) 995-3296
   Cell: (925) 783-6401
4  FAX: (408) 531-9811
   email: martinez-luna@sbcglobal.net
5

6  Counsel for Defendant

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) CR 05-00733-RMW
                                  )
12             Plaintiff,         )
                                  ) STIPULATION TO CONTINUE
13 vs.                            ) SENTENCING;
                                  ) [PROPOSED] ORDER
14 ERIC MICHAEL MARTIN,           )
                                  )
15             Defendant.         )
                                  )
16

17     Defendant Eric Michael Martin and the government through their respective

18 attorneys, Lupe Martinez and Kirsen Ault, hereby stipulate that sentencing presently set

19 for August 13, 2007 be continued to October 15, 2007 at 9:00 a.m. due to a conflict

20 in the calendars of the Probation Officer, defense counsel and government counsel.

21 Defense and government counsel will be in trial throughout September 2007. The parties

22 agree that the case presents complex factual and legal sentencing issues. Defense counsel

23 also has to obtain declarations from witnesses who will state that the firearm possessed by

24 Mr. Eric Martin at the time of his arrest was going to be shown to a prospective buyer and

25 was not related to the drugs possessed by Mr. Martin.

26     Defense counsel is in the middle of a four-month trial in Las Vegas, Nevada in the

**FILED**

AUG 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  case entitled *United States of America v. Joel Axberg*, Case No. CR-05-121-RCJ (RJJ)
2  before the Honorable Robert C. Jones. A one-week recess is granted the third week of
3  each month, however, government counsel is unavailable in September 2007 due to her
4  trial schedule. The trial in Nevada is expected to last until sometime in early September
5  2007.
6      The Probation Officer has advised he is unavailable on August 13, 2007, the date
7  presently set for sentencing, but that the case could be re-assigned to another probation
8  officer. However, it is defense counsel's request that, due to the complexity of the legal
9  and factual issues presented, the case be continued for sentencing so Probation Officer
10 Charles W. Mabie, who conducted the presentence interview and investigation, can
11 remain on the case.

12 Dated: July 19, 2007
13                                     LUPE MARTINEZ
                                          Attorney for Eric Michael Martin

15 Dated: July 27, 2007
                                          KIRSTEN AULT
                                          Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that sentencing in the above-entitled case is continued from August 13, 2007 to October 15, 2007.

Dated: Aug. 20, 2007
                                          Ronald M. Whyte
                                          HONORABLE RONALD M. WHYTE
                                          United States District Judge